UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.                                          No. 03-4100

AJA J. McCLENNY,
          *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
Richard L. Williams, Senior District Judge.
(CR-02-176)

Submitted: June 10, 2003

Decided: June 19, 2003

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Frank W. Dunham, Jr., Federal Public Defender, Paul G. Gill, Assistant Federal Public Defender, Frances H. Pratt, Research and Writing Attorney, Richmond, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Peter S. Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Following a bench trial, the district court found Aja J. McClenny guilty of five counts: possession of crack cocaine with intent to distribute on March 27, 2002 (Count One), possession of a firearm in furtherance of a drug trafficking crime on March 27, 2002 (Count Three), possession of marijuana with intent to distribute on March 27, 2002 (Count Four), possession of a firearm by an unlawful user of controlled substances on March 27, 2002 (Count Six), and possession of crack cocaine with intent to distribute it on April 18, 2002 (Count Seven). The court sentenced McClenny to thirty-six months imprisonment for Counts One, Four, Six, and Seven, and to sixty consecutive months imprisonment for Count Three.

On appeal, McClenny alleges that there was insufficient evidence to support her convictions for Counts One and Three. Viewing the evidence in the light most favorable to the government, *Glasser v. United States*, 315 U.S. 60, 80 (1942), we find the evidence was sufficient to support McClenny's convictions for Counts One and Three. *See United States v. Lomax*, 293 F.3d 701, 705 (4th Cir.) (giving test to determine whether possession of a firearm was in furtherance of a drug trafficking crime under 18 U.S.C. § 924(c)), *cert. denied*, 123 S. Ct. 555 (2002); *United States v. Samad*, 754 F.2d 1091, 1096 (4th Cir. 1984) (providing elements of possession with intent to distribute under 21 U.S.C. § 841(a)(1)).

Accordingly, we affirm McClenny's convictions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*